MEMO ENDORSED

# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   β   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

LETTER-MOTION, ON CONSENT,
TO CONTINUE SENTENCING DATE

February 10, 2020

Via ECF
Hon. Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

Re:  United States v. Taylor, et al. (Defendant Wakiem Johnson)
     18-cr-00586-ALC

Dear Judge Carter:

This letter-motion is respectfully submitted on behalf of Wakiem Johnson, with the consent of the United States, to continue the sentencing date, now scheduled for February 21, 2020, by 30 days. The parties have conferred and, if the Court allows this motion, will be available at a time convenient to Your Honor on the following dates: March 26 in the morning, all day March 27.

The reason for this request is defense counsel are engaged in further investigation of issues relevant to sentencing and require additional time, in part due to the schedule of service providers assisting in this process. As noted, the Government consents to this application. The defense consents to any exclusion of time pursuant to the Speedy Trial Act.

Your Honor's time and attention to this matter is appreciated.

Application granted. Sentencing adjourned to 3-30-20 at 3 pm. So Ordered. /s/ Carter 2-13-20

Respectfully submitted
/s/ David A. Ruhnke
David A. Ruhnke, Ruhnke & Barrett
/s/ Diane Ferrone
Diane Ferrone, Law Offices of Diane Ferrone