USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-21-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

                                      **ORDER**

                                        **18-CR-586 (ALC)**

        -against-

Wakiem Johnson,

                 Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Bail Review Hearing is scheduled for **February 28, 2020** at **3:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
      February 21, 2020

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE