7

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America           :
                                   :   18 CR 586 (ALC)
                                   :
       -against-                   :   ORDER
                                   :
                                   :
Wakiem Johnson                     :
                                   :
              Defendant            :
-----------------------------------x

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        February 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-2-20