USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/28/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -against- : | 18-CR-586 (ALC) |
| : | |
| : | **ORDER** |
| WAKIEM JOHNSON, : | |
| Defendants. : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

A CourtCall video sentencing is scheduled for **June 5, 2020** at **9:00 a.m.**

Members of the public and press may attend the conference by dialing the audio-only line, 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**

**Dated: May 28, 2020**
        **New York, New York**

*[signature: Andrew L. Carter]*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**