UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/5/20

---

UNITED STATES

vs.

Wakiem Johnson,

---

18 Cr. 586 ( ALC )

Order

**To: U.S. Marshals Office**

**It is hereby ordered :**

That the Defendant, Wakiem Johnson,             , Reg # 76200-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
**United States District Judge**

6/5/20
_____
**Date**